1
2
3
4
5
6
7                                  UNITED STATES DISTRICT COURT

8                               EASTERN DISTRICT OF CALIFORNIA

9

10   VICTOR MACIEL GARCIA,              )          1:06-CV-0041 OWW WMW HC
                                        )
11          Petitioner,                 )
                                        )          ORDER GRANTING EXTENSION OF
12      v.                              )          TIME
                                        )          (DOCUMENT #24)
13   ATTORNEY GENERAL OF                )
     CALIFORNIA,                        )
14                                      )
            Respondent.                 )
15   _____)

16

17          Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C.

18   § 2254.  On May 7, 2007, petitioner filed a motion to extend time to file an opposition to the motion to

19   dismiss.   Good cause having been presented to the court and GOOD CAUSE APPEARING

20   THEREFOR, IT IS HEREBY ORDERED that:

21          Petitioner is granted thirty days from the date of service of this order in which to file his

22   opposition to the motion to dismiss.

23   IT IS SO ORDERED.

24   **Dated:    May 16, 2007**             _____/s/  **William M. Wunderlich**_____
                                            UNITED STATES MAGISTRATE JUDGE
25

26

27

28