UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VICTOR MACIEL GARCIA, | ) | 1:06-cv-00041 OWW WMW (HC) |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION (DOCUMENT #27) |
| ATTORNEY GENERAL OF CALIFORNIA | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On June 4, 2007, petitioner filed a motion to extend time to file opposition to the Motion to Dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his opposition to the Motion to Dismiss.

IT IS SO ORDERED.

**Dated:   June 14, 2007**            /s/  William M. Wunderlich
                                      UNITED STATES MAGISTRATE JUDGE