UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MACIEL GARCIA, | 1: 06 CV 0041 OWW  WMW HC |
| Petitioner, | |
| | MEMORANDUM OPINION AND ORDER RE MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS |
| v. | |
| ATTORNEY GENERAL OF CALIFORNIA, | [Doc. 21, 32, 33] |
| Respondent. | |

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 16, 2008, the Magistrate Judge entered findings and recommendations in this case, recommending that Respondent's motion be granted and the petition for writ of habeas corpus be dismissed as a mixed petition containing both exhausted and unexhausted claims. The Magistrate Judge gave Petitioner the option of moving to withdraw the unexhausted claim within thirty days and proceeding with only the exhausted claims. On February 25, 2008, Petitioner filed just such a

1  motion, moving to withdraw his unexhausted third claim.

2  Accordingly, IT IS HEREBY ORDERED as follows:

3  1) The court declines to adopt the findings and recommendations entered January 16, 2008;

4  2) Respondent's motion to dismiss this petition is DENIED [Doc. 21];

5  3) Petitioner's motion to withdraw his unexhausted third claim is GRANTED [Doc. 33];

6  4) This case shall proceed on Petitioner's first and second claims only;

7  5) Respondent shall file an answer in this case within sixty (60) days of the date of service of

8  this order.  Petitioner may file a traverse no later than thirty (30) days thereafter.

9  IT IS SO ORDERED.

10 **Dated:   March 10, 2008**              **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE