EDMUND G. BROWN JR., Attorney General
 of the State of California
DANE R. GILLETTE, Chief Assistant
 Attorney General
MICHAEL P. FARRELL, Senior Assistant
 Attorney General
LOUIS M. VASQUEZ, Supervising
 Deputy Attorney General
LESLIE W. WESTMORELAND, State Bar No. 195188
 Deputy Attorney General
Counsel for Service
2550 Mariposa Mall, Room 5090
Fresno, California  93721
Telephone:  (559) 477-1673

Attorneys for Respondent

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VICTOR MACIEL GARCIA, | ) | 1:06-cv-00041-OWW-WMW (HC) |
| | ) | |
| Petitioner, | ) | MOTION AND DECLARATION FOR |
| | ) | FIRST EXTENSION OF TIME TO |
| vs. | ) | FILE ANSWER TO PETITION FOR |
| | ) | WRIT OF HABEAS CORPUS |
| | ) | |
| ATTORNEY GENERAL OF CALIFORNIA, | ) | |
| | ) | |
| Respondent. | ) | |

      IT IS HEREBY ORDERED that the application for first enlargement of time within which to file an Answer to the petition for writ of habeas corpus be granted enlarging by thirty (30) additional days the time for Respondent to file a responsive pleading and allowing Respondent to file such pleading.

IT IS SO ORDERED.

**Dated:   May 6, 2008**                        /s/  **William M. Wunderlich**
                                                   UNITED STATES MAGISTRATE JUDGE