# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MACIEL GARCIA,<br><br>                Petitioner,<br><br>                v.<br><br>ATTORNEY GENERAL OF CALIFORNIA<br><br>                Respondent. | Case Number C 06-41 JF<br><br>JUDGMENT |

The Court having denied on the merits the petition for writ of habeas corpus, Judgment is hereby entered for Respondent and against Petitioner.

DATED: 9/29/09

                                                JEREMY FOGEL
                                                United States District Judge