# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MACIEL GARCIA,<br><br>    Petitioner,<br><br>    v.<br><br>ATTORNEY GENERAL OF CALIFORNIA<br><br>    Respondent. | Case Number C 06-41 JF<br><br>ORDER[1] DENYING MOTION FOR CERTIFICATE OF APPEALABILITY |

    On September 29, 2009, the Court denied the petition for writ of habeas corpus sought by Petitioner Victor Maciel Garcia ("Petitioner") pursuant to 28 U.S.C. § 2254, and entered judgment for Respondent. On October 26, 2009, Petitioner filed a motion for a certificate of appealability.

    A petitioner may not appeal a final order in a federal habeas corpus proceeding without first obtaining a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A). A court may issue a

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 06-41 JF
ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY
(JFLC2)

certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). A certificate of appealability must indicate which specific issues satisfy this requirement. 28 U.S.C. § 2253(c)(3).

"Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: The petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

This Court carefully considered all of the grounds for relief raised in the petition, and concluded that Petitioner had failed to demonstrate a denial of a constitutional right. The Court is not persuaded that reasonable jurists would find this conclusion debatable or wrong.

Accordingly, Petitioner's motion for a certificate of appealability is DENIED.

IT IS SO ORDERED.

The clerk shall forward to the court of appeals the case file with this order. *See* Fed. R. App. P. 22(b).

Dated: 2/22/2010

JEREMY FOGEL
United States District Judge