IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MACIEL GARCIA,<br><br>              Petitioner,<br><br>        v.<br><br>ATTORNEY GENERAL OF CALIFORNIA<br><br>              Respondent. | Case Number 1:06-cv-00041-JF<br><br>ORDER DENYING MOTION FOR REHEARING<br><br>[re: dkt entry 55] |

It is unclear whether Petitioner's motion for rehearing, docket entry 55, is directed to the undersigned. To the extent that the motion is directed to this Court, the motion is DENIED.

Dated: 9/23/2011

_____
JEREMY FOGEL
United States District Judge

Case No. 1:06-cv-00041-JF
ORDER DENYING MOTION FOR REHEARING
(JFLC2)